# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam　　　　　　　Date:  April 30, 2015
Court Reporter: Terri Lindblom
Probation Officer: Gary Burney

Criminal Action No.: 14-cr-00277-JLK-1

*Parties:*　　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　　　Beth N. Gibson

　　　Plaintiff,

v.

1.　　JONATHAN HOVEY,　　　　　　　　　　　　Mitchell Baker

　　　Defendant.

## SENTENCING MINUTES

**11:07 a.m.　　Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing: January 27, 2015.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

**ORDERED:　Government's Motion For Sentence Reduction Pursuant To
　　　　　　　U.S.S.G.§5K1.1 (Filed 4/19/15; Doc. No. 61) is GRANTED.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDERED: Motion To Dismiss Counts (Filed 4/30/15; Doc. No. 71) is GRANTED.**

Comments and rulings by the Court.

*14-cr-00277-JLK-1*
*Sentencing*
*April 30, 2015*

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **28 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) The judgment in this case shall impose a restitution obligation. It shall be a condition of supervised release that the defendant pay restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

**Special conditions of supervised release:**

- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (X) Defendant shall document all income or compensation generated or received from any source and shall provide such information to the Probation Officer as requested.
- (X) Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

*14-cr-00277-JLK-1*
*Sentencing*
*April 30, 2015*

|     | Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer. |
| --- | --- |
| (X) | Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer. |
| (X) | Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist and other physician or other health provider.  The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution, Jointly and Severally with Defendant Samuel Hovey in Criminal Case No. 14-cr-00277-JLK-2, in the amount of $4201.49, and with Defendant Jessica Larsen in Criminal Case No.: 14-cr-00164-CMA, in the amount of $27,337.72, payable to victims as outlined in the presentence report.

Interest is waived.

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:42 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 35 minutes.